WR-31,925-02        31,925-02

EX PARTE:              § IN THE COURT OF CRIMINAL
                       §  APPEALS
                       §
                       §  AUSTIN, Texas
Michael Wayne Richie   §
                       §  COUNTY OF TRAVIS

RECEIVED IN
COURT OF CRIMINAL APPEALS

REPLY TO STATES ANSWER FEB 12 2015

Comes now Michael Wayne Richie, (PRO SE) And
presents this objection to the findings of
facts and Conclusion of Law.
The Trial Court of the 56th Judicial District
Said there are no controverted previously
unresolved facts or issues which exist that
would entitle Applicant to relief and that
Applicant's claim has no legal merit. Based on
TDCJ's claim that Parole is a privilege and
not a right, The Parole Board voted to deny
Applicant's Parole because it received "New -
Information." I agree that Parole is a privlege
and not a right. However, the Parole Board was
Past the Point of being a Privilege (see Exibits
A-D). Furthermore the Parole Board has not
Proven that Applicant is a "Threat to Society"

I

Additionally, Applicant was Granted Parole and Given an "FI-R3" and put into a program called "Changes", which Applicant successfully completed. Applicant was given a targeted release date for the month of July 2014. Applicant's [Expected Liberty Intrest] was cruely rescended and given a set-off till July 2015. The reason stated was "10-D other - New Information". The "New Information" remains unknown to Applicant as TDCJ has not revealed it. I ask the Honorable Court of Criminal Appeals to examine the controverted, unresolved Facts which are material to the legality of the Applicant's confinement and Grant Applicant Relief.

Respectfully Submitted

*Michael Wayne Richie*
Michael Wayne Richie #349726
Petitioner (PRO SE)